# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                          NO. 4:09CR00086-009 SWW

ROBERT LEE CANTWELL

### ORDER

Pending before the Court is a pro se motion to be appointed as co-counsel and/or discharge appointed attorney, with a formal request to dismiss counts 1 and 3 by defendant [doc #87]. The government responds [doc #88] that a mental evaluation is warranted. After a review of the pleadings, the Court is of the opinion that a response by the defendant and his appointed counsel would facilitate the resolution of these issues. The Court therefore directs defense counsel, John Stratford, to respond to defendant's pro se motion and further directs the defendant and his appointed counsel to reply to the government's response within twenty (20) days of the entry of this Order.

IT IS SO ORDERED this 29th day of June 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE